Matt Green and Dana Green, Respondents, 
against
Charles Weslowski, Appellant.



Appeal from a final judgment of the Justice Court of the Village of Warwick, Orange County (Jeanine Garritano Wadeson, J.), entered October 28, 2014. The final judgment awarded landlords possession and the sum of $13,932, representing rental arrears of $10,000, $750 attorney's fees, plus costs and disbursements, in a nonpayment summary proceeding.




ORDERED that the final judgment is modified by reducing the amount of the monetary award in favor of landlords to the principal sum of $10,000; as so modified, the final judgment is affirmed, without costs, and the matter is remitted to the Justice Court for the taxation of costs and disbursements pursuant to UJCA article 19.
Landlords commenced this nonpayment proceeding to recover several months' rent at the rate of $2,500 per month, plus attorney's fees and late fees. On the return date, tenant admitted that he had not paid the rent. No witness was sworn, and the lease was not admitted into evidence. The Justice Court awarded landlords possession and four months' rent, plus attorney's fees, late fees, costs and disbursements, in the total sum of $13,932.
As tenant admitted that he had not paid rent for July through October 2014, there was no triable issue with respect thereto. Landlords, however, did not have the lease properly admitted into evidence and thus failed to establish that they were entitled to collect legal and late fees and other disbursements as additional rent (see Evans v Tracy, 34 Misc 3d 152[A], 2012 NY Slip Op 50307[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2012]; Peekskill Hous. Auth. v Quaintance, 20 Misc 3d 57 [App Term, 2d Dept, 9th & 10th Jud Dists 2008]). In any event, an examination of the lease, a copy of which was attached to the petition, indicates that these fees were not deemed additional rent. In these circumstances, the Justice Court lacked jurisdiction to entertain landlords' claims for these charges (see Hines v Ambrose, 26 Misc 3d 144[A], 2010 NY Slip Op 50442[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2010]).
We note that costs and disbursements in a summary proceeding are strictly limited (see UJCA 1903 [m]; Fragiacomo v Pugliese, 11 Misc 3d 96 [App Term, 2d Dept, 9th & 10th Jud Dists 2006]) and are to be taxed by the clerk (see UJCA 1907). Here, the award of costs and disbursements did not comport with the provisions of UJCA 1903 (m).
Tenant's remaining contentions are without merit.
Accordingly, the final judgment is modified by reducing the amount of the monetary award in favor of landlords to the principal sum of $10,000; as so modified, the final judgment is affirmed and the matter is remitted to the Justice Court for the taxation of costs and [*2]disbursements pursuant to UJCA article 19.
Brands, J.P., Marano and Tolbert, JJ., concur.
Decision Date: October 21, 2016